AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>Stephen Delgiorno | )<br>)<br>)   Case No.   5 MJ 11-14**6**<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ Oct. 1, 2011 to Dec. 6, 2011 ___ in the county of ___ Monroe ___ in the

___ Middle ___ District of ___ Pennsylvania ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21: 846 | Did knowing, intentionally, and unlawfully combine, conspire, and agree with others to distribute and possess with intent to distribute heroin, a Schedule I controlled substance; |
| 18:924(c) | knowingly possessed a firearm, a Baretta .9mm, during and in relation to, and in furtherance of a drug trafficking conspiracy for which he may be prosecuted in a court of the United States, that is, the knowing and intentional possession with intent to distribute heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Sciarillo Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date: ___ 12/06/2011 ___

City and state: ___ Wilkes-Barre, PA ___     Malachy E. Mannion, U.S. Magistrate Judge
*Printed name and title*